IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS HERCO | : | CIVIL ACTION |
| v. | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | NO. 10-796 |

ORDER

AND NOW, this 25th day of January, 2011, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Southeastern Pennsylvania Transportation Authority for summary judgment is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.